**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 01 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) DOCKET NO. CR 03-00114DAE-01 |
| THOMAS K. UKAUKA | ) |

### ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that he be permitted to leave the jurisdiction of the United States and travel to Mexico, and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 4/19/2009 through on or about 4/27/2009.

Dated: July 29, 2008, at Honolulu, Hawaii.

DAVID ALAN EZRA
U.S. District Judge